# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–51458–gwz</u>
Chapter 7

In re: (Name of Debtor)
    DENISE W. MORRISON
    17582 JAVALINA CT.
    RENO, NV 89508

Social Security No.:
    xxx–xx–5300

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    DENISE W. MORRISON

IT IS ORDERED THAT W. DONALD GIESEKE is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/16/11                                             BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court